IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEVERICK SCOTT
ADC #131042                                                                                                PLAINTIFF

v.                              No. 2:12-cv-229-DPM-JTR

DANNY BURL, Warden, East Arkansas
Regional Unit, ADC; DEXTER PAYNE, Assistant
Warden, East Arkansas Regional Unit, ADC;
TODD BALL, Assistant Warden, East Arkansas
Regional Unit, ADC; T. WASHINGTON, Lieutenant,
East Arkansas Regional Unit, ADC; ROOSEVELT
BARDEN, Officer, East Arkansas Regional Unit, ADC;
JANICE BOGAN-HALL, Officer, East Arkansas
Regional Unit, ADC; TIFFANY SPARKMAN, Officer,
East Arkansas Regional Unit, ADC; ZONNIE BURNELL,
Nurse, East Arkansas Regional Unit, ADC; SHERMAN,
Nurse, East Arkansas Regional Unit, ADC; GERALDINE
CAMPBELL, Nurse, East Arkansas Regional Unit, ADC;
CHARLOTTE GARDNER, Grievance Officer, East
Arkansas Regional Unit, ADC; CORIZON INC.;
WENDY KELLEY, Assistant Director, Arkansas
Department of Correction; and DEBRA HORTON,
Medical Grievance Officer, East Arkansas Regional
Unit, ADC                                                                                                DEFENDANTS

ORDER

No one has objected to Magistrate Judge J. Thomas Ray's recommendation, № 87, that the Court deny Scott's motion for a preliminary injunction requiring Wendy Kelley to schedule him for care with a freeworld

dentist. On review for clear error of fact on the face of the record and legal error, FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Note), the Court adopts Judge Ray's recommendation as its own Order. Scott's motion, № 71, is denied. An *in forma pauperis* appeal from this Order would not be taken in good faith.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

6 August 2013