# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DEVERICK SCOTT,
ADC #131042                                                                                    PLAINTIFF

V.                                   2:12CV00229 DPM/JTR

DANNY BURL, Warden,
Arkansas Department of Correction, et al.                                        DEFENDANTS

## ORDER

Plaintiff has filed a "Motion for a Subpoena Duces Tecum" asking the Court to issue subpoenas requiring the presence of several individuals, documents, and other physical evidence to be present at trial. *Docs. 114.* The motion is premature because no trial date has been set, and Defendants have until February 3, 2014, to file dispositive Motions. If any of Plaintiff's claims survive the filing of dispositive motions, the Court will appoint counsel to represent him and let the District Judge know that the case is ready to be set on his calendar for a jury trial. Appointed counsel can subpoena witnesses and ensure that relevant evidence will be available at trial.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for a Subpoena Duces Tecum (Doc. 114) is DENIED.

Dated this 7th day of January, 2014.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE