# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                    **PLAINTIFF**

v.                          No. 2:12-cv-229–DPM-JTR

DANNY BURL, Warden, East Arkansas Regional
Unit, ADC; DEXTER PAYNE, Assistant Warden,
East Arkansas Regional Unit, ADC; TODD BALL,
Assistant Warden, East Arkansas Regional Unit,
ADC; TYRONE WASHINGTON, Lieutenant,
East Arkansas Regional Unit, ADC; ROOSEVELT
BARDEN, Officer, East Arkansas Regional Unit,
ADC; JANICE BOGAN–HALL,  Officer, East
Arkansas Regional Unit, ADC;  TIFFANY
SPARKMAN, Officer, East Arkansas Regional Unit,
ADC; ZONNIE BURNELL, Nurse, East Arkansas
Regional Unit, ADC; STORMI SHERMAN, Nurse;
GERALDINE CAMPBELL, Nurse, East Arkansas
Regional Unit, ADC;  CORIZON INC.; WENDY
KELLEY, Assistant Director, ADC; and DEBRA
HORTON, Medical Grievance Officer, East
Arkansas Regional Unit, ADC                          **DEFENDANTS**


## ORDER

The Court has considered Magistrate Judge J. Thomas Ray's partial

recommended disposition, № 112.  Scott  has not objected.  After reviewing

the proposal for clear factual error and for legal error,  FED. R. CIV. P. 72(b)(3)

(1983 addition to advisory committee notes), the Court adopts it in full.

Motions for preliminary injunction, № 103 & 107, denied.

So Ordered.

D.P. Marshall Jr.
United State District Judge

14 January 2014