# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                                    **PLAINTIFF**

v.                              No. 2:12-cv-229-DPM-JTR

DANNY BURL, Warden, East Arkansas
Regional Unit, ADC; DEXTER PAYNE,
Assistant Warden, East Arkansas Regional
Unit, ADC; TODD BALL, Assistant
Warden, East Arkansas Regional Unit, ADC;
TYRONE WASHINGTON, Lieutenant, East
Arkansas Regional Unit, ADC; ROOSEVELT
BARDEN, Officer, East Arkansas Regional
Unit, ADC; JANICE BOGAN-HALL, Officer,
East Arkansas Regional Unit, ADC; TIFFANY
SPARKMAN, Officer, East Arkansas Regional
Unit, ADC; ZONNIE BURNELL, Nurse, East
Arkansas Regional Unit, ADC; STORMI
SHERMAN, Nurse; GERALDINE CAMPBELL,
Nurse, East Arkansas Regional Unit, ADC;
CORIZON INC.; WENDY KELLEY, Assistant
Director, ADC; and DEBRA HORTON,
Medical Grievance Officer, East Arkansas
Regional Unit, ADC                                                                  **DEFENDANTS**

## ORDER

Unopposed recommendation, № 150, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Scott's motion for preliminary injunction, № 140, denied. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United State District Judge

23 April 2014