IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEVERICK SCOTT
ADC #131042                                                                          PLAINTIFF

v.                              No. 2:12-cv-229-DPM

TYRONE WASHINGTON, Lieutenant, East
Arkansas Regional Unit, ADC; ROOSEVELT
BARDEN, Officer, East Arkansas Regional
Unit, ADC; JANICE BOGAN-HALL, Officer,
East Arkansas Regional Unit, ADC; and TIFFANY
SPARKMAN, Officer, East Arkansas Regional
Unit, ADC                                                                            DEFENDANTS

ORDER

This older case is set for a bench trial on 14 September 2015. It is first out. And it will be tried then. The Court requests that counsel confer now and file a joint report by 29 July 2015. Please specify the number of witnesses and approximate number of trial days needed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

24 July 2015