IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEVERICK SCOTT                                                        PLAINTIFF
ADC #131042

v.                                    No. 2:12-cv-229-DPM

TYRONE WASHINGTON,
Lt., East Arkansas Regional Unit, ADC;
ROOSEVELT BARDEN, Officer, East Arkansas
Regional Unit, ADC; JANICE BOGAN-HALL,
Officer, East Arkansas Regional Unit, ADC; and
TIFFANY SPARKMAN, Officer, East Arkansas
Regional Unit, ADC                                                  DEFENDANTS

ORDER

Here are the Court's rulings on Defendants' motion in limine, № 175.

A.   Granted as modified.  We're not going to try the internal affairs

     investigation.  Any party's inconsistent statement during the

     investigation is admissible.

B.   Granted as modified.  Other incidents are out, except that Scott

     may offer evidence of the Washington/Brooks encounter as an

     alleged cause of the Washington/Scott encounter.  If Scott can't

     show any causal relationship, the Court will strike and disregard

     this evidence.

C.   Granted as agreed on other lawsuits.

**D.**   Granted on related disciplinary actions.

**E.**   Granted as agreed on other disciplinary actions.

**F.**   Granted as agreed on any "missing" videos.

**G.**   Granted on force policies.  They're marginally relevant on the constitutional issues; but they would open the door to the internal investigation, which would confuse the issues.

**H.**   Denied on witnesses now identified or as needed to implement the Court's rulings.

**I.**   Granted as modified.  Scott's grievances related to this suit come in; all others are out.

Motion, № 175, granted in part and denied in part.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2015