IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEVERICK SCOTT                                                          PLAINTIFF
ADC #131042

v.                          No. 2:12-cv-229-DPM

TYRONE WASHINGTON, Lieutenant,
East Arkansas Regional Unit, ADC; and
ROOSEVELT BARDEN, Officer,
East Arkansas Regional Unit, ADC                              DEFENDANTS

ORDER

The Court notes Scott's motion to enforce damages. № 213. The Court would appreciate an update from Washington and Barden about payment by 15 August 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 August 2016