IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEVERICK SCOTT                                                      PLAINTIFF
ADC #131042

v.                         No. 2:12-cv-229-DPM

TYRONE WASHINGTON, Lieutenant,
East Arkansas Regional Unit, ADC; and
ROOSEVELT BARDEN, Officer,
East Arkansas Regional Unit, ADC                                   DEFENDANTS

ORDER

Scott seeks to recover his costs — $100 for copies and postage and $350 for the filing fee. № 217. The deadline for any bill of costs was 2 October 2015. № 188. Although Scott didn't get copies of the Judgment and his lawyer's motion for costs until late October, № 195 at 4, he could have asked for an extension and filed a *pro se* motion for costs at that time. *Compare* № 189. He didn't. His motion, № 217, is therefore denied as untimely.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 August 2016